**Opinion issued November 21, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00879-CV

———————————

### IN THE INTEREST OF P.A., a CHILD

On Appeal from the 315th District Court of Harris County, Texas
Trial Court Case No. 2012-02707J

## MEMORANDUM OPINION

Appellant, Rebeca Camp, appealed from the trial court's judgment signed September 25, 2013. On November 4, 2013, the trial court granted Camp's motion for new trial. The granting of a motion for new trial restores the case to its position before the former trial and renders any appeal moot. *See* TEX. R. APP. P. 21.9(b).

Accordingly, we dismiss the appeal as moot. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Sharp, and Brown.